**In re ROSUVASTATIN CALCIUM
PATENT LITIGATION.**

Astrazeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha, Plaintiffs–Appellees,

v.

Aurobindo Pharma Limited, Defendant–Appellant,

and

Mylan Pharmaceuticals Inc., Defendant–Appellant,

and

Apotex Corp., Defendant–Appellant,

and

Cobalt Pharmaceuticals Inc. and Cobalt Laboratories Inc., Defendants–Appellants,

and

Sun Pharmaceutical Industries, Ltd., Defendant–Appellant,

and

Teva Pharmaceuticals USA, Inc., Defendant–Appellant,

and

PAR Pharmaceutical, Inc., Defendant–Appellant,

and

Sandoz, Inc., Defendant.

Nos. 2010–1460, 2010–1461, 2010–1462, 2010–1463, 2010–1464, 2010–1465, 2010–1466, 2010–1467, 2010–1468, 2010–1469, 2010–1470, 2010–1471, 2010–1472, 2010–1473.

United States Court of Appeals, Federal Circuit.

March 24, 2011.

## MOTION

## ORDER

Apotex Corp. moves for separate oral argument with respect to an issue in these appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is deferred for consideration by the merits panel assigned to hear this case. Copies of this order, the motion and any response shall be transmitted to the merits panel.